[No. 16180–6–I. Division One. May 28, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JEREMIAH FILI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–8–00535–1, Liem E. Tuai, J., entered March 11, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 15538–5–I. Division One. May 28, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. CECIL C. YOUNG, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81–1–00771–1, Stuart C. French, J., entered October 9, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Webster, J.

[No. 14035–3–I. Division One. May 28, 1986.]

KIDDER, MATHEWS & SEGNER, INC., *Appellant,* v. FACS BUSINESS RECORDS CENTERS CORPORATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–06715–6, Frank H. Roberts, Jr., J., entered October 27, 1983. *Reversed* and *remanded* by unpublished opinion per Williams, J., concurred in by Coleman and Grosse, JJ.